**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7057**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JAMES LEONARDO POWELL,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Wilmington.  James C. Fox, Senior District
Judge.  (CR-99-24-FO)

———————

Submitted:  August 29, 2002        Decided:  September 9, 2002

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James Leonardo Powell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Leonardo Powell appeals the district court's order denying his request for an extension of time to file a 28 U.S.C. § 2255 (2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Powell</u>, No. CR-99-24-FO (E.D.N.C. filed June 7, 2002 & entered June 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>